# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD HOLLINGSWORTH, #276260,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 13-00480-WS-B |
| **KIM T. THOMAS,** *et al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims against Defendants Carroll and Byrd be dismissed without prejudice from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** this 30th day of May, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE