IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD HOLLINGSWORTH,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.13-00480-WS-B |
| **KIM T. THOMAS,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be dismissed without prejudice for failure to comply with the Court's order and to prosecute this action.

**DONE** this 16th day of September, **2016.**

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**