IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


RICHARD HOLLINGSWORTH,           *
                                 *
    Plaintiff,                   *
                                 *
vs.                              *   CIVIL ACTION NO.13-00480-WS-B
                                 *
KIM T. THOMAS, *et al.*,         *
                                 *
    Defendant.                   *
                              **JUDGMENT**


It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice for failure to comply with the Court's order and to prosecute this action.

**DONE** this 16th of September, **2016.**


                          **s/WILLIAM H. STEELE**
                          **CHIEF UNITED STATES DISTRICT JUDGE**